IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00413-BNB

NICHOLAS J. AURELIO,

    Plaintiff,

v.

MARION ALLISON ROCKER,
LARA J. MULLIN,
DETECTIVE HOHNOLU,
GARY WILSON,
CHIEF THAN,
SERGEANT JORDAN, and
MAJOR ROMERO,

    Defendants.

## ORDER DRAWING CASE

After review pursuant to 28 U.S.C. § 1915, the Court has determined that this case does not appear to be appropriate for summary dismissal and should be drawn to a **presiding** judge and, if applicable, to a **magistrate** judge.  *See* D.C.COLO.LCivR 40.1(a).  Accordingly, it is

ORDERED that this case shall be drawn to a **presiding** judge and, if applicable, to a **magistrate** judge.

DATED May 6, 2014, at Denver, Colorado.

                                              BY THE COURT:

                                              s/ Boyd N. Boland
                                              United States Magistrate Judge